UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re

AOG Entertainment, Inc., *et al.*,

                   Debtors.

------------------------------------------------------------x

                                          Chapter 11

                                          Case No. 16-11090 (SMB)

## APPOINTMENT OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

      William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of AOG Entertainment, Inc., et al., debtors-in-possession:

      1.     Marc Graboff
                1225 Corsica Drive
                Pacific Palisades, CA 90272
                Telephone: (323) 240-0610

      2.     Sony Music Entertainment
                301 Route 17 North
                Rutherford, NJ 07070
                Attention:  Susan S. Danz
                             V.P. Credit & Collections
                Telephone:  (201) 777-3643

3.   Fremantle Media Group Ltd.
     c/o Fremantle Media N. America, Inc.
     2900 W. Alameda Avenue, 8th Floor
     Burbank, CA 91505
     Attention:  Suzanne S. Lopez
                 EVP, Business and Legal Affairs
     Telephone:  (818) 748-1196

Dated: New York, New York
       May 17, 2016

                              WILLIAM R. HARRINGTON
                              UNITED STATES TRUSTEE
                              Region 2

                    By:   /s/Richard C. Morrissey
                          Richard C. Morrissey
                          Trial Attorney
                          U.S. Federal Office Building
                          201 Varick Street, Room 1006
                          New York, New York 10014
                          Telephone: (212) 510-0500