Craig A. Wolfe, Esq.
Malani J. Cademartori, Esq.
Jason Alderson, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza
New York, NY 10112
Tel:  (212) 653-8700
Fax: (212) 653-8701

*Proposed Counsel for the Official Committee of*
*Unsecured Creditors of AOG Entertainment, Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re:                                                            :
                                                                  :        Chapter 11
AOG Entertainment, Inc., <u>et al.</u>,[1]                        :
                                                                  :        Case No. 16-11090 (SMB)
                              Debtors.                            :
                                                                  :        (Jointly Administered)
------------------------------------------------------------------- :

### NOTICE OF APPEARANCE AND
### <u>REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that, pursuant to section 1109(b) and Rule 9010(b) of the

Federal Rules of Bankruptcy Procedure (the "<u>Rules</u>"), Sheppard, Mullin, Richter & Hampton

LLP, proposed counsel for the Official Committee of Unsecured Creditors (the "<u>Committee</u>"),

hereby appears in the above-captioned cases on behalf of the Committee, and hereby requests,

pursuant to Bankruptcy Rules 2002 and 9007 and sections 102(1) and 342 of the Bankruptcy

Code, that it be placed on any and all mailing lists established in these cases, and that copies of

all notices and pleadings given or filed in these cases be given and served upon the undersigned

at the addresses set forth below:

---

[1]    A list of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer
identification number is attached as Schedule 1 to the Declaration of Peter Hurwitz, President of Certain
Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 3] and at
http://www.kccllc.net/AOG.  .

> Craig A. Wolfe, Esq.
> Malani J. Cademartori, Esq.
> Jason Alderson, Esq.
> 30 Rockefeller Plaza
> New York, New York 10112
> Tel:  (212) 653-8700
> Fax:  (212) 653-8701
> E-mail:      cwolfe@sheppardmullin.com
>                   mcademartori@sheppardmullin.com
>                   jalderson@sheppardmullin.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet, or otherwise filed or made with regard to the referenced cases and proceedings therein.

Dated: May 20, 2016
          New York, New York

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: */s/ Craig A. Wolfe*
Craig A. Wolfe, Esq.
Malani J. Cademartori, Esq.
Jason Alderson, Esq.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 653-8700
Fax: (212) 653-8701
E-mail: cwolfe@sheppardmullin.com
         mcademartori@sheppardmullin.com
         jalderson@sheppardmullin.com

*Proposed Counsel for the Official Committee of Unsecured Creditors of AOG Entertainment, Inc., et al.*