Joseph A. Kohanski
David E. Ahdoot
Kirk Prestegard
BUSH GOTTLIEB
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 90103
(818) 973-3200 (telephone)
(818) 973-3201 (facsimile)
jkohanski@bushgottlieb.com

*Attorneys for the Directors Guild of America, Inc., Screen Actors Guild – American Federation of Television and Radio Artists, Writers Guild of America, West, Inc., Directors Guild of America, Inc.-Producer Pension and Health Plans, Screen Actors Guild-Producers Pension & Health Plans, Writers Guild Pension Plan and Industry Health Fund, and the Motion Picture Industry Pension and Health Plans*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | |
|---|---|
| In re: | Chapter 11 |
| AOG Entertainment, Inc., *et al.*, | Case No. 16-11090 (SMB) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------- x

## VERIFIED STATEMENT OF BUSH GOTTLIEB
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the law firm of Bush Gottlieb ("Bush Gottlieb") gives notice of representation of more than one creditor in the above-captioned bankruptcy case, and states as follows:

1. Bush Gottlieb represents the following creditors (hereinafter the "Union Entities"):

    Directors Guild of America, Inc.
    7920 Sunset Boulevard
    Los Angeles, CA 90046
    (310) 289-2000

00763833.1

        Screen Actors Guild – American Federation of Television and Radio Artists
5757 Wilshire Boulevard
Los Angeles, CA 90036
(323) 954-1600

        Writers Guild of America, West, Inc.
7000 West Third Street
Los Angeles, CA 90048
(323) 951-4000

        Directors Guild of America, Inc-Producer Pension and Health Plans
8436 West Third Street, Suite 900
Los Angeles, CA 90048-4189
(323) 866-2255

        Motion Picture Industry Pension and Health Plans
11365 Ventura Boulevard
Studio City, CA 91604
(818) 769-0007

        Screen Actors Guild-Producers Pension & Health Plans
3601 West Olive Avenue, 2nd Floor
Burbank, CA 91510-7830
(818) 973-4444

        Writers Guild Pension Plan and Industry Health Fund
1015 North Hollywood Way
Burbank, CA 91505
(818) 846-1015

2. The Union Entities have claims against certain of the Debtors. These claims arise from obligations of the Debtors under collective bargaining agreements, relating primarily to amounts owing for residual payments. The claims asserted by Union Entities arose both before and during the one year period prior to the filing of the above-referenced case. The Union Entities estimate that these claims total, in the aggregate, likely less than $1 million as of the filing date, and additional claims will accrue through the Debtors' continuing exploitation of their motion picture library after the filing date.

3. Bush Gottlieb is the long-standing outside counsel to the Union Entities in connection with insolvency and collection matters.

4. Upon information and belief, Bush Gottlieb has no claims or interests against any of the Debtors.

Dated: July 15, 2016
New York, New York

                                          s/ Joseph A. Kohanski
Joseph A. Kohanski
David E. Ahdoot
Kirk Prestegard
BUSH GOTTLIEB
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 90103
(818) 973-3200 (telephone)
(818) 973-3201 (facsimile)
jkohanski@bushgottlieb.com

*Attorneys for the Union Entities*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July 2016, I caused a true and correct copy of the foregoing Verified Statement of Bush Gottlieb Pursuant to Federal Rule of Bankruptcy Procedure 2019 to be served through the Court's electronic noticing system.

  s/ Joseph A. Kohanski
Joseph A. Kohanski