# Exhibit 6

# Illustration of Recovery for General Unsecured Claims[1]

---

[1] All capitalized terms herein have the meaning given to them in the Plan. The following is for illustrative purposes only and is qualified in its entirety by the terms of the Plan. In the event of any inconsistency between the Plan and this Exhibit, the Plan shall control. For purposes of this illustrative only, the following assumes that the aggregate amount of Allowed General Unsecured Claims (excluding the Aggregate Lender Deficiency Claim) is $23.9 million, and the Aggregate Lender Deficiency is $295.6 million.

*If Class 5 Votes to <u>Accept</u> the Plan*

**Cash Distribution**

$$\left(\left(\frac{\text{Claim}^1}{\$23{,}900{,}000^2}\right) \times \$850{,}000^3\right) = \text{(Subtotal)}$$

If necessary, subtotal is adjusted for 3.5% cap on cash recovery = Total Cash Recovery

**Litigation Trust Distribution**

$$\left(\left(\frac{\text{Claim}^4}{\$23{,}900{,}000^5}\right) \times \left(\frac{\$23{,}900{,}00 - \$836{,}500^6}{\$23{,}900{,}000 - \$836{,}500 + \$295{,}600{,}000^7}\right) \times 10{,}000^8\right) = \text{Total General Unsecured Litigation Trust Units}$$

---

[1] Hypothetical Allowed General Unsecured Claim.

[2] Estimated aggregate Allowed General Unsecured Claims (excluding estimated Aggregate Lender Deficiency Claim).

[3] General Unsecured Claim Cash Distribution and Additional General Unsecured Claim Cash Distribution.

[4] Hypothetical Allowed General Unsecured Claim.

[5] Estimated aggregate Allowed General Unsecured Claims (excluding the estimated Aggregate Lender Deficiency Claim).

[6] Estimated total cash recovery of all estimated Allowed General Unsecured Claims, inclusive of the Additional General Unsecured Claim Cash Distribution (based on estimated aggregate Allowed General Unsecured Claims of $23,900,000 (and excluding estimated Aggregate Lender Deficiency Claim)).

[7] Estimated Aggregate Lender Deficiency Claim.

[8] Total number of Litigation Trust Units.

### *Pro Rata Cash Distribution If Class 5 Votes to <u>Reject</u> the Plan*

**Cash Recovery**

$$\left(\left(\frac{\text{Claim}^{10}}{\$23,900,000^{11} + \$295,600,000^{12}}\right) \times \$850,000^{13}\right) = \text{(Subtotal)}$$

If necessary, subtotal is adjusted for 3.5% cap on cash recovery = Total Cash Recovery

**Litigation Trust Units**

$$\left(\left(\frac{\text{Claim}^{14}}{\$23,900,000^{15}}\right) \times \left(\frac{\$23,900,000 - \$63,600^{16}}{\$23,900,000 - \$63,600 + \$295,600,000^{17}}\right) \times 10,000^{18}\right) = \text{General Unsecured Claim Litigation Trust Units}$$

---

[10] Hypothetical Allowed General Unsecured Claim.

[11] Estimated aggregate Allowed General Unsecured Claims (excluding estimated Aggregate Lender Deficiency Claim).

[12] Estimated Aggregate Lender Deficiency Claim.

[13] General Unsecured Claim Cash Distribution.

[14] Hypothetical Allowed General Unsecured Claim.

[15] Estimated aggregate Allowed General Unsecured Claims (excluding estimated Aggregate Lender Deficiency Claim).

[16] Estimated total cash recovery of all estimated Allowed General Unsecured Claims, exclusive of the Additional General Unsecured Claim Cash Distribution (based on estimated aggregate Allowed General Unsecured Claims of $23,900,000 (and excluding estimated Aggregate Lender Deficiency Claim)).

[17] Estimated Aggregate Lender Deficiency Claim.

[18] Total number of Litigation Trust Units.

| **Recovery of a Hypothetical $1,000,000 Allowed General Unsecured Claim** | | | |
|---|---|---|---|
| *If Class 5 Votes to Accept the Plan* | **Pro Rata Share** | **Total Distributable Amount** | **Recovery** |
| Holders will receive their Pro Rata Share of: | | | |
| General Unsecured Claim Distribution and the Additional General Unsecured Claim Distribution: | 4.180% | $ 850,000 | $ 35,533 |
| Subtotal Cash Recovery: | | | $ 35,533 |
| Adjusted for 3.5% Cap on Cash Recovery – **Total Cash Recovery:** | | | **$ 35,000** |
| | And | | |
| Litigation Trust Participation: | 0.3% | 723 Units (out of 10,000) | 30 Units (out of 10,000) |
| *If Class 5 Votes to Reject the Plan* | **Pro Rata Share** | **Total Distributable Amount** | **Recovery** |
| Holders will receive their Pro Rata Share of: | | | |
| General Unsecured Claim Distribution – **Total Cash Recovery** | 0.313% | $ 850,000 | **$ 2,660** |
| | And | | |
| Litigation Trust Participation: | 0.31% | 747 Units (out of 10,000) | 31 Units (out of 10,000) |