UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                            :    Chapter 11
                                                  :
AOG Entertainment, Inc., et al.,[1]               :    Case No. 16-11090 (SMB)
                                                  :
                    Debtors.                      :    Jointly Administered
---------------------------------------------------------x

### AFFIDAVIT OF SERVICE

     I, Alvaro Salas, Jr., depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

     On July 22, 2016, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via Overnight Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for Hearing on July 26, 2016 at 10:00 a.m. (Eastern Time)** [Docket No. 242]

- **Notice of Filing of Revised Proposed Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c), 364(d), 364(e) and 507 and Fed. R. Bankr.P.2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Continue to Use Cash and/or Cash Collateral; (III) Granting Adequate Protection to Prepetition Secured Parties; and (IV) Granting Related Relief** [Docket No. 243]

Dated: July 25, 2016

                                                                       Alvaro Salas, Jr.

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 25th day of July, 2016, by Alvaro Salas, Jr., proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

LETICIA SANCHEZ
Commission # 2130730
Notary Public - California
Los Angeles County
My Comm. Expires Oct 18, 2019

---

[1] A list of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number is attached as Schedule 1 to the Declaration of Peter Hurwitz, President of Certain Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 3] and at http://www.kccllc.net/AOG. The Debtors' executive headquarters are located at 8560 West Sunset Boulevard, 8th Floor, West Hollywood, CA 90069.

# Exhibit A

**Exhibit A**
**MSL 2002 List**
Served via Electronic Mail

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Attorneys for U.S. Bank, NA, in its capacity as Administrative Agent Under First Lien Term Loan Agreement and Second Lien Term Loan Agreement | Alston & Bird LLP | David A. Wender & Jonathan Edwards | David.Wender@alston.com; Jonathan.edwards@alston.com |
| Counsel to U.S. Bank National Association, as the administrative agent under the Debtors' prepetition secured credit agreements | Alston & Bird LLP | Jason Solomon | jason.solomon@alston.com |
| Attorneys for U.S. Bank, NA, in its capacity as Administrative Agent Under First Lien Term Loan Agreement and Second Lien Term Loan Agreement | Alston & Bird LLP | John W. Weiss | john.weiss@alston.com |
| Counsel for Citibank, N.A. | Ballard Spahr LLP | Matthew G. Summers | summersm@ballardspahr.com |
| Counsel for Citibank, N.A. | Ballard Spahr LLP | | weisenbergb@ballardspahr.com |
| Attorneys for TriNet Group, Inc. | Buchalter Nemer, A Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Attorneys for the Union Entities | Bush Gottlieb, a Law Corporation | Joseph A. Kohanski, David E. Ahdoot & Kirk Prestegard | jkohanski@bushgottlieb.com; dahdoot@bushgottlieb.com; kprestegard@bushgottlieb.com |
| Counsel for Phillip Phillips | Christian & Barton, LLP | Michael D. Mueller | mmueller@cblaw.com |
| Attorneys for the Union Entities | Cohen, Weiss and Simon LLP | David R. Hock | dhock@cwsny.com |
| Attorneys for Creative Artists Agency, LLC | Creative Artists Agency, LLC | Office of the General Counsel | erika.schreiber@caa.com |
| Counsel for Dick Clark Productions, Inc. | Dentons LLP | Oscar N. Pinkas | oscar.pinkas@dentons.com |
| Counsel for Dick Clark Productions, Inc. | Dentons LLP | Sam J. Alberts | sam.alberts@dentons.com |
| Counsel for Santander Asset Finance PLC | Dentons US LLP | Carole Neville & James Copeland | carole.neville@dentons.com; james.copeland@dentons.com |
| Counsel to Elvis Blue Moon Holdings LLC | Diamond McCarthy LLP | Adam L. Rosen | arosen@diamondmccarthy.com |
| Attorneys for Discovery Communications, LLC | Gipson Hoffman & Pancione, a Professional Corporation | Jason Wallach | jwallach@ghplaw.com |
| Internal Revenue Service | Internal Revenue Service | Insolvency Section | SBSE.Insolvency.Balt@irs.gov |
| Attorneys for Fox Broadcasting Company | Jenner & Block LLP | Catherine L. Steege | csteege@jenner.com |
| Counsel to the ad hoc group of lenders party to Debtors' prepetition first lien secured credit agreement | Kasowitz, Benson, Torres & Friedman LLP | Adam Shiff and Daniel Fliman | dfliman@kasowitz.com; ashiff@kasowitz.com |
| Attorneys for FremantleMedia North America, Inc. and FremantleMedia Group Ltd | Katten Muchin Rosenman LLP | Matthew W. Olsen | matthew.olsen@kattenlaw.com |
| Counsel to the preferred shareholders of CORE Entertainment Holdings Inc | Katzke & Morgenbesser LLP | Henry I Morgenbesser | morgenbesser@kmexeccomp.com |
| Counsel to the ad hoc group of lenders party to Debtors' prepetition first lien secured credit agreement | Klee, Tuchin, Bogdanoff & Stern LLP | Attn Lee R. Bogdanoff David A Fidler Whitman L Holt | lbogdanoff@ktbslaw.com; dfidler@ktbslaw.com; wholt@ktbslaw.com |
| Counsel for Baby George Productions/ Marvelous Entertainment | Liner LLP | Robbin L. Itkin and Alexandra S. Kelly | ritkin@linerlaw.com; akelly@linerlaw.com |
| Counsel to the preferred shareholders of CORE Entertainment Holdings Inc | Loeb & Loeb LLP | Lloyd L Rothenberg | lrothenberg@loeb.com |
| Counsel to Simon Robert Fuller | McDermott Will & Emery LLP | Timothy W. Walsh & Darren Azman | twwalsh@mwe.com; dazman@mwe.com |
| Attorney for Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit, Attention: Steven A. Ginther | sdnyecf@dor.mo.gov |
| Counsel to MediArena Holding B.V. as holder of the Sixth Amended and Restated Senior Unsecured Demand Promissory Note; AP NMT JV Newco B.V., as shareholder | Paul, Weiss, Rifkind, Wharton & Garrison | Jeffrey Saferstein, Lauren Shumejda & Jared Kasner | jsaferstein@paulweiss.com; Lshumejda@paulweiss.com; Jkasner@paulweiss.com |
| Counsel to Sony Pictures Home Entertainment Inc. | Perkins Coie LLP | Sara L. Chenetz | schenetz@perkinscoie.com |
| Counsel to the preferred shareholders of CORE Entertainment Holdings Inc | Proskauer | Michael A Woronoff | mworonoff@proskauer.com |
| Counsel to Crestview Media Investors, L.P., as lender under the Debtors' prepetition second lien secured credit agreement | Quinn Emanuel Urquhart & Sullivan, LLP | Eric D Winston | ericwinston@quinnemanuel.com |
| Counsel to Crestview Media Investors, L.P., as lender under the Debtors' prepetition second lien secured credit agreement | Quinn Emanuel Urquhart & Sullivan, LLP | Scott C. Shelley | scottshelley@quinnemanuel.com |
| Attorneys for 900 Third Avenue, L.P. | Rosenberg & Estis, P.C. | Howard W. Kingsley | hkingsley@rosenbergestis.com |
| Attorneys for Moody's Investors Service, Inc. | Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte & Pamela A. Bosswick | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | secbankruptcy@sec.gov |
| Securities and Exchange Commission New York Regional Office | Securities and Exchange Commission NY Regional Office | Andrew Calamari, Regional Director | bankruptcynoticeschr@sec.gov |
| Proposed Counsel for the Official Committee of Unsecured Creditors of AOG Entertainment, Inc., et al. | Sheppard Mullin Richter & Hampton LLP | Craig A. Wolfe, Malani J. Cademartori & Jason Alderson | cwolfe@sheppardmullin.com; mcademartori@sheppardmullin.com; jalderson@sheppardmullin.com |
| Counsel to Matt Sharp | Sidley Austin LLP | Gabriel R. MacConaill | gmacconaill@sidley.com |
| Attorneys for Twenty-First Century Fox, Inc. | Skadden, Arps, Slate, Meagher & Flom LLP | Raquelle L. Kaye & J. Eric Ivester | raquelle.kaye@skadden.com; eric.ivester@skadden.com |
| Tennessee Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | AGBankNewYork@ag.tn.gov |
| Counsel to U.S. Bank National Association, as the administrative agent under the Debtors' prepetition secured credit agreements | US Bank National Association | c/o US Bank Corporate Trust Services | agency.services@usbank.com |
| Counsel to U.S. Bank National Association, as the administrative agent under the Debtors' prepetition secured credit agreements | US Bank National Association | U.S. Bank Global Corporate Trust Services | james.hanley1@usbank.com |
| Attorney for Phillip Phillips | Weil, Gotshal & Manges LLP | Attn Robert J. Lemons, Jeffrey S. Klein, Christina Andersen & Arkady A. Goldinstein | robert.lemons@weil.com; jeffrey.klein@weil.com; christina.andersen@weil.com; arkady.goldinstein@weil.com |

# Exhibit B

Exhibit B
MSL 2002 List
Served via Overnight

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| Union | American Federation of Television and Radio Artists (AFTRA) | | 5757 Wilshire Blvd., 7th Fl | | | Los Angeles | CA | 90036-3600 | |
| APNMT JV Newco B.V., as shareholder of CORE Entertainment Holdings Inc | AP NMT JV NewCo BV | | MediArena 1 | 1114 BC Amsterdam-Duivendrecht | | | | | The Netherlands |
| California Franchise Tax Board | California Franchise Tax Board | Bankruptcy Section, MS: A-340 | PO Box 2952 | | | Sacramento | CA | 95812-2952 | |
| Secured Creditor | Citibank, N.A. | Citicorp North America, Inc. as Servicer for Citibank, N.A. | 3800 Citibank Center, Bldg B 3rd Fl | | | Tampa | FL | 33610 | |
| Union | Directors Guild of America, The (DGA) | | 7920 Sunset Blvd | | | Los Angeles | CA | 90046 | |
| Environmental Protection Agency (Regional) | Environmental Protection Agency | | 290 Broadway | | | New York | NY | 10007-1866 | |
| Federal Communications Commission | Federal Communications Commission | | 445 12th Street SW | | | Washington | DC | 20554 | |
| Preferred shareholder | Flying Fortress Media | Brien Meagher and Rhett Bachner | 13101 Washington Blvd, Suite 140 | | | Los Angeles | CA | 90066 | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Union | International Alliance of Theatrical Stage Employees (IATSA) | Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories and Canada | 207 W. 25th St., 4th Fl | | | New York | NY | 10001 | |
| Preferred shareholder | Marks Law Group | Sean Marks | 1999 Avenue of the Stars | Suite 1100 | Counsel to Flying Fortress Media | Century City | CA | 90067 | |
| Preferred shareholder | Martha Maher Sharp | c/o Matthew Sharp | 1085 Park Ave, Apt 3A | | | New York | NY | 10128 | |
| Preferred shareholder | Matthew Sharp | | 1085 Park Ave, Apt 3A | | | New York | NY | 10128 | |
| Interested Party | Michael Bazley | | CMF PO Box 2500 | | | Vacaville | CA | 95696 | |
| Michigan Department of Treasury, Tax Policy Division | Michigan Department of Treasury, Tax Policy Division | ATTN: Litigation Liaison | 2nd Floor, Austin Building | 430 West Allegan Street | | Lansing | MI | 48922 | |
| NYC Dept. of Finance | NYC Dept. of Finance | Attn: Legal Affairs | 345 Adams Street, 3rd Fl | | | Brooklyn | NY | 11201 | |
| NYS Dept. Taxation & Finance | NYS Dept. Taxation & Finance | Bankruptcy/Special Procedures Section | PO Box 5300 | | | Albany | NY | 12205-0300 | |
| New York Attorney General | Office of the NY Attorney General | Attorney General | 120 Broadway 24th Fl | | | New York | NY | 10271 | |
| New York Attorney General | Office of the NY Attorney General | Attorney General | The Capitol | | | Albany | NY | 12224-0341 | |
| US Trustee | Office of the United States Trustee | Richard Morrissey | US Federal Office Building | 201 Varick Street Suite 1006 | | New York | NY | 10014 | |
| United States Attorney's Office SDNY | Office of US Attorney SDNY | Attn Tax & Bankruptcy Unit | 86 Chambers St | | | New York | NY | 10007 | |
| Preferred shareholder | Robert Larson | | 252 Dekalb Avenue | | | Brooklyn | NY | 11205 | |
| Union | Screen Actors Guild (SAG) | | 5757 Wilshire Blvd., 7th Floor | | | Los Angeles | CA | 90036-3600 | |
| Secretary of the State | Secretary of State | Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | | Albany | NY | 12231-0001 | |
| Secretary of the State | Secretary of State | | 123 William St | | | New York | NY | 10038-3804 | |
| Social Security Administration | Social Security Administration | Office of the Regional Chief Counsel, Region II | 26 Federal Plaza, Room 3904 | | | New York | NY | 10278 | |
| Secured Creditor | Sony Pictures Home Entertainment Inc. f/k/a Columbia TriStar Home Video, Inc. | Sony Pictures Home Entertainment Inc. | 10202 West Washington Blvd. | | | Culver City | CA | 90232 | |
| Chambers | Southern District of New York | Honorable Stuart M. Bernstein | 1 Bowling Green | | | New York | NY | 10004 | |
| Preferred shareholder | The Promenade Trust | | 2850 Ocean Park Blvd, Suite 300 | | | Santa Monica | CA | 90405 | |
| US Department of Health and Human Services | U.S. Department of Health and Human Services | Office of the General Counsel | 26 Federal Plaza, Room 3908 | | | New York | NY | 10278 | |
| US Department of Housing and Urban Development | U.S. Department of Housing and Urban Development | John Cahill, Esq. | Regional Counsel for New York/New Jersey | 26 Federal Plaza, Room 3500 | | New York | NY | 10278-0068 | |
| U.S. Environmental Protection Agency | U.S. Environmental Protection Agency | Robert Roberts | Office of Site Remediation Enforcement | Office of Enforcement and Compliance Assurance | 1200 Pennsylvania Ave, N.W. Mail Code 2272A | Washington | DC | 20004-2004 | |
| US Trustee Office, Poughkeepsie Office | United States Trustee Office | Poughkeepsie Office | 74 Chapel Street | | | Albany | NY | 12207 | |
| Environmental Protection Agency (US) | US Environmental Protection Agency | | 1200 Pennsylvania Ave NW | Ariel Rios Building | | Washington | DC | 20004 | |
| Union | Writers Guild of America, West, Inc. | | 7000 West Third Street | | | Los Angeles | CA | 90048 | |

In re AOG Entertainment, Inc.,
Case No. 16-11090 (SMB)

Page 1 of 1