**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AOG ENTERTAINMENT, INC., *et al.*,[1] | : | Case No. 16-11090 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**ORDER GRANTING EX PARTE MOTION FOR 2004 EXAMINATION**

Upon the *ex parte* motion (the "Motion") of Simon Robert Fuller ("Fuller") for authorization to (a) conduct an examination of AOG Entertainment, Inc. and its debtor and non-debtor affiliates (the "Core Entities")[2] pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and (b) seek related document production; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and no objections to the Motion having been heard; and it appearing that the

---

[1] A list of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number is attached as Schedule 1 to the Declaration of Peter Hurwitz, President of Certain Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 3] and at http://www.kccllc.net/AOG. The Debtors' executive headquarters are located at 8560 West Sunset Boulevard, 8th Floor, West Hollywood, CA 90069.

[2] The "Core Entities" are: CORE Entertainment Holdings Inc.; CORE Entertainment Inc.; CORE Entertainment UK Limited; CORE Entertainment Offeror LLC; CORE Media Group Inc.; AOG Entertainment, Inc.; Focus Enterprises, Inc.; Sharp Entertainment Holdings, LLC; BP Production Services, LLC; Sharp Entertainment, LLC; Sharp Digital, LLC; CORE MG UK Holdings Limited; 19 Entertainment Limited; Native Management Limited; TLS Management Limited; Native Songs Limited; 19 Entertainment, Inc.; 19 Recording Services, Inc.; All Girl Productions; 19 Touring LLC; Dance Nation Productions, Inc.; Southside Productions, Inc.; On The Road Productions; IICD, LLC; 19 Recordings, Inc.; J2K Productions, Inc.; J2K Productions, Inc.; This Land Productions, Inc.; CTA Productions, Inc.; Master of Dance Productions Inc.; SYTYCD DVD Productions, Inc.; 19 Publishing Inc.; 19 TV Limited; 19 Merchandising Limited; 19 Management Ltd; Brilliant 19 Limited; 19 Productions Limited; Double Vision Film Limited; 19 Touring Limited; 19 Recordings Limited; 19 Fashionair Limited; 19 Entertainment Worldwide LLC; CORE Media Group Productions Inc.; CORE Group Productions Ltd.; 7th Floor Productions, LLC; Sunset View Productions, LLC; Gilded Entertainment, LLC; Alta Loma Entertainment, LLC; Clown Car Productions, LLC; Fresh Start Productions, LLC; Magma Productions, LLC; Pioneer Production Services LLC; B17 Entertainment, LLC; West Side Gear Company, LLC; Squadron Media, LLC; Copper Hill Entertainment, LLC; Halfire-CORE; Sonic Transformation, LLC (dba Rhythm and Cues); Big Red 2 Entertainment LLC (dba Nigel Lythgoe Productions); Liverpool Productions LLC; Little Acorn Productions LLC; Manchester Productions LLC; CORE G.O.A.T. Holding Corp; G.O.A.T. Blue Moon Parent, LLC; G.O.A.T. Blue Moon Holdings, LLC; EPE Holding Corporation; Elvis Blue Moon Parent, LLC; Elvis Blue Moon Holdings, LLC; and CORE Entertainment Cayman Limited.

relief requested in the Motion is proper pursuant to Bankruptcy Rule 2004; after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that Fuller shall be permitted to conduct an examination of the Core Entities pursuant to Bankruptcy Rule 2004 in connection with the Prepetition Transactions and the UK Audit (as those terms are defined in the Motion); and it is further

ORDERED, that the Core Entities shall produce for inspection and copying the documents identified in Exhibit A to the Motion, and any other documents requested by Fuller that are within the scope of the Motion, no later than thirty days after entry of this Order at the offices of McDermott Will & Emery LLP, 340 Madison Avenue, New York, NY 10173.

Dated: _____, 2016
       New York, New York

THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE