Matthew A. Feldman
Paul V. Shalhoub
Andrew S. Mordkoff
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for the Debtors and
Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AOG Entertainment, Inc., et al.,[1] | : | Case No. 16-11090 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

## NOTICE OF FILING OF AMENDED STATEMENTS OF FINANCIAL AFFAIRS AND AMENDED SCHEDULES OF ASSETS AND LIABILITIES IN CERTAIN DEBTOR'S CASES

PLEASE TAKE NOTICE that on June 22, 2016, each of the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed a Statement of Financial Affairs (collectively, the "**SOFAs**") and Schedules of Assets and Liabilities (collectively, the "**Schedules**").

PLEASE TAKE FURTHER NOTICE that, on the date hereof, certain of the Debtors have filed amended SOFAs and/or Schedules in such Debtor's respective case, under its individual case number. Annexed hereto as Exhibit A is a list of all of the Debtors who have

---

[1] A list of the Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number is attached as Schedule 1 to the Declaration of Peter Hurwitz, President of Certain Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 3] and at http://www.kccllc.net/AOG. The Debtors' executive headquarters are located at 8560 West Sunset Boulevard, 8th Floor, West Hollywood, CA 90069.

filed amended Schedules and their respective case numbers. Annexed hereto as <u>Exhibit B</u> is a list of all of the Debtors who have filed amended SOFAs and their respective case numbers.

PLEASE TAKE FURTHER NOTICE that copies of the Debtors' SOFAs and Schedules, including any amendments thereto (collectively, the "**Amended SOFAs and Schedules**"), are available for inspection online free of charge at http://www.kccllc.net/AOG. Copies of the Debtors' Amended SOFAs and Schedules may also be obtained at cost by written request to Debtors' claims agent at the following address:

> AOG Entertainment, Inc. Claims Processing Center
> c/o Kurtzman Carson Consultants LLC
> 2335 Alaska Avenue
> El Segundo, CA 90245

PLEASE TAKE FURTHER NOTICE that copies of the Debtors' Amended SOFAs and Schedules are available for inspection on the Court's Internet Website at http://www.nysb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("**PACER**") system are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov. Copies of the Debtors' Amended SOFAs and Schedules may also be examined between the hours of 9:00 A.M. and 4:30 P.M., Monday through Friday, at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, New York, NY 10004.

*Remainder of Page Intentionally Left Blank*

Dated: August 4, 2016
      New York, New York

                WILLKIE FARR & GALLAGHER LLP
*Counsel for the Debtors and Debtors in Possession*

By: /s/ Matthew A. Feldman
    Matthew A. Feldman
    Paul V. Shalhoub
    Andrew S. Mordkoff

    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 728-8000
    Facsimile: (212) 728-8111

# EXHIBIT A

## LIST OF DEBTORS FILING AMENDED SCHEDULES OF ASSETS AND LIABILITIES IN RE AOG ENTERTAINMENT, INC., et al.

| Name of Debtor | Case Number |
| --- | --- |
| 19 Entertainment, Inc. | 16-11121 (SMB) |
| 19 Entertainment Limited | 16-11122 (SMB) |
| 7th Floor Productions, LLC | 16-11116 (SMB) |
| CORE Entertainment Inc. | 16-11134 (SMB) |
| CORE Media Group Inc. | 16-11130 (SMB) |
| CORE Media Group Productions Inc. | 16-11125 (SMB) |
| Dance Nation Productions Inc. | 16-11115 (SMB) |
| Gilded Entertainment, LLC | 16-11114 (SMB) |
| Sunset View Productions, LLC | 16-11113 (SMB) |

# EXHIBIT B

## LIST OF DEBTORS FILING AMENDED STATEMENTS OF FINANCIAL AFFAIRS IN RE AOG ENTERTAINMENT, INC., et al.

| Name of Debtor | Case Number |
| --- | --- |
| 19 Entertainment Limited | 16-11122 (SMB) |
| CORE Media Group Inc. | 16-11130 (SMB) |