**Hearing Date: November 21, 2019 at 10:00 a.m. (prevailing Eastern Time)**

| | |
|---|---|
| Scott C. Shelley | Eric D. Winston (admitted *pro hac vice*) |
| QUINN EMANUEL URQUHART | QUINN EMANUEL URQUHART |
|   & SULLIVAN, LLP |   & SULLIVAN, LLP |
| 51 Madison Avenue, 22nd Floor | 865 S. Figueroa St., 10th Floor |
| New York, New York 10010 | Los Angeles, California 90017 |
| Telephone: (212) 849-7000 | Telephone: (213) 443-3000 |
| Telecopier: (212) 849-7100 | Telecopier: (213) 443-3100 |

*Counsel for CORE Litigation Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* | Chapter 11 |
| **AOG Entertainment, Inc., et al.**, | Case No. 16-11090 (SMB) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT**
**OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that the case status conference in the above-captioned chapter 11 case scheduled for **November 21, 2019, at 10:00 a.m**. (prevailing Eastern Time) before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Courtroom 723, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, **has been adjourned** *sine die***.

Date:   November 20, 2019
           New York, NY

                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN LLP

                                        _/s/  Scott C. Shelley_____
                                        Scott C. Shelley
                                        scottshelley@quinnemanuel.com
                                        51 Madison Avenue, 22nd Floor
                                        New York, New York 10010
                                        Telephone: (212) 849-7000
                                        Fax: (212) 849-7100

Eric D. Winston (admitted *pro hac vice*)
ericwinston@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100

*Counsel for CORE Litigation Trust*