UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| AOG Entertainment, Inc., et al., | : | Case No. 16-11090 |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

### QUARTERLY OPERATING REPORT FOR THE PERIOD FROM OCTOBER 1, 2019 TO NOVEMBER 26, 2019

| | |
|---|---|
| Reorganized Debtors' Address: | 6007 Sepulveda Blvd.<br>Van Nuys, CA 91411 |
| Reorganized Debtors' Attorneys: | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000 |

This Quarterly Operating Report ("**QOR**") has been prepared solely for the purposes of complying with the quarterly reporting requirements applicable in these chapter 11 cases and is in a format that the reorganized debtors in the above-captioned cases believe is acceptable to the United States Trustee. The financial information contained herein is limited in scope and covers a limited time period. Moreover, such information is preliminary and unaudited, and is not prepared in accordance with accounting principles generally accepted in the United States.

I declare under penalty of perjury that this report and the attached documents are true and correct to the best of my knowledge and belief.

DocuSigned by:
_____
3F8E012D9887443...
Scott Frosch                                             July 21, 2020
Chief Financial Officer and/or Authorized
Signatory of the Reorganized Debtors

In re AOG Entertainment, Inc., *et al.*,

Case No. (Jointly Administered)     16-11090
Reporting Period:    10/1/2019 - 11/26/2019
Federal Tax I.D.#     95-2984420

| Schedule of Cash Disbursements |
|---|

| CASES[1] TIME PERIOD: 10/1/2019 through 11/26/2019 ||||
|---|---|---|---|
| Debtor | Case Number | Total Cash Disbursements | Transfers[2] | Net Cash Disbursements |
| AOG Entertainment, Inc. | 16-11090 | $0 | $0 | $0 |
| 19 Entertainment Worldwide LLC | 16-11127 | $0 | $0 | $0 |
| CORE Entertainment Cayman Limited | 16-11132 | $0 | $0 | $0 |
| CORE Entertainment Inc. | 16-11134 | $0 | $0 | $0 |
| CORE Entertainment Offeror, LLC | 16-11131 | $0 | $0 | $0 |
| CORE Entertainment UK Limited | 16-11133 | $0 | $0 | $0 |
| CORE Media Group Inc. | 16-11130 | $0 | $0 | $0 |
| **Total:** | | $0 | $0 | $0 |

---

[1] On February 21, 2018, October 31, 2018 and November 26, 2019, the Court entered final decrees closing the reorganized debtors' cases [Docket Nos. 690, 731, & 777].

[2] Funds transferred, if any, between reorganized debtors are not included in net cash disbursements.